CHARLES A. STREET,                                )
                              Plaintiff           )Cause No.4:05CV1447 HEA
                                                 )
v.                                               )
FRED WEBER, INC., a Delaware Corporation          )
                              Defendant           )

## PLAINTIFF'S AFFIDAVIT AND MOTION TO DISMISS THIS CASE WITHOUT PREJUDICE

COMES NOW Plaintiff, being first duly sworn, and pursuant to Fed.R.Civ.P. 41(a)(2) adduces as follows:

1. Plaintiff has run into obstacles in making Fed.R.Civ.P. 26(a)(1)(A) Disclosures.

2. If Plaintiff has a cause of action, he now understands that he needs to "get his ducks in a row" before he can proceed.

3. On the afternoon of March 6, 2006, Defendant's Counsel was no notified.

WHEREFORE, Plaintiff moves to dismiss this case without prejudice and for whatever  ·
further relief as this Honorable Court feels is proper herein, *without harming innocent ducks*.

SO ORDERED: _____  ____
                                date